**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTELIMAP, INC.<br>255 Commonwealth Ave.<br>Concord, MA 01742<br><br>    Plaintiff<br><br>vs.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, NE<br>Washington, DC 20002<br><br>    Defendant. | Case No.  19-cv-37 |

**CERTIFICATE REQUIRED BY LCVR 26.1**

I, the undersigned, counsel of record for Plaintiff, InteliMap, Inc., certify that to the best of my knowledge and belief, InteliMap, Inc. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.  These representations are made in order that judges of this court may determine the need for recusal.

January 8, 2019                                            Respectfully submitted,

                                                                                            */s/ Kevin T. Barnett*
                                                                                            Kevin T. Barnett (D.C. Bar No. 1003410)
                                                                                            Covington & Burling LLP
                                                                                            One CityCenter
                                                                                            850 Tenth Street NW
                                                                                            Washington, DC 20001
                                                                                            (202) 662-5430
                                                                                            kbarnett@cov.com

                                                                                            ATTORNEY FOR PLAINTIFF