FOIA Summons (1/13) (Page 2)

Civil Action No. 19-cv-0037

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for D.C, Civil Process Clerk was received by me on *(date)* 01/10/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mr. Pickney , who is designated by law to accept service of process on behalf of *(name of organization)* the U.S. Attorney's Office for the District of Columbia on *(date)* 01/10/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/16/19

Server's signature

Summer Orcutt
*Printed name and title*

413 W 24th St Richmond, VA, 23225
*Server's address*

Additional information regarding attempted service, etc: