UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELIMAP, INC.<br>255 Commonwealth Ave.<br>Concord, MA 01742<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>    Defendant. | No. 19-cv-00037-RBW |

**JOINT MOTION TO STAY CASE**

  Plaintiff, InteliMap, Inc., joins Defendant, the U.S. Securities and Exchange Commission ("Commission" or "SEC"), to respectfully request this case be stayed until May 10, 2019 to permit the SEC further time to process Plaintiff's FOIA request and for the parties to further narrow and resolve issues without the need for the Court's involvement. There is good cause for the requested relief. A proposed order is enclosed.

  Plaintiff filed suit on January 9, 2019. At the time, the SEC was closed due to a lapse in appropriations and remained closed until January 28, 2019. Since the SEC has reopened, the SEC has worked to identify what it believes to be the universe of potentially responsive documents. On February 5, 2019, the SEC issued its first interim response, disclosing 555 pages of records to Plaintiff. The SEC will continue making interim responses each month in hopes that the SEC will complete its production of all non-exempt responsive documents by May 10, 2019, if not sooner. The parties have also agreed to discuss resolving potential issues that might

otherwise be litigated. To facilitate these discussions, the SEC has agreed to provide draft search declarations and a draft Vaughn index after it has concluded its productions.

Accordingly, the parties propose a stay of the case until May 10, 2019. If the parties have not settled the case or sought and obtained an additional stay, the Defendant will answer the Complaint on or before May 10, 2019. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's time and resources.

Respectfully submitted this February 7, 2019.

| | |
|---|---|
| */s/ Kevin T. Barnett* | */s/ Mark Tallarico* |
| Kevin T. Barnett (D.C. Bar No. 1003410) | Mark Tallarico (PA Bar No. 88324) |
| Covington & Burling LLP | Senior Counsel |
| One CityCenter | U.S. Securities and Exchange Commission |
| 850 Tenth Street NW | 100 F Street, N.E. |
| Washington, DC 20001 | Washington, D.C. 20549-9612 |
| (202) 662-5430 | (202) 551-5132 |
| kbarnett@cov.com | tallaricom@sec.gov |
| | |
| ATTORNEY FOR PLAINTIFF | Melinda Hardy (D.C. Bar No. 43106) |
| | Assistant General Counsel |
| | (202) 551-5149 |
| | hardym@sec.gov |
| | |
| | ATTORNEYS FOR DEFENDANT |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELIMAP, INC.<br>255 Commonwealth Ave.<br>Concord, MA 01742<br><br>       Plaintiff,<br><br>       v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       Defendant. | No. 19-cv-00037-RBW |

## PROPOSED ORDER

Having considered the parties' Joint Motion to Stay, and the entire record herein, it is this

_____ day of February 2019, hereby:

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that this case shall be stayed until May 10, 2019; and it is

FURTHER ORDERED that while the case is stayed, the SEC shall make monthly interim releases.

SO ORDERED.

_____
Reggie B. Walton
United States District Judge