# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELIMAP, INC.<br><br>        Plaintiff<br><br>vs.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>        Defendant. | Case No.  1:19-cv-0037 |

## JOINT STATUS REPORT

Pursuant to the Court's May 16, 2019 Order, Plaintiff, InteliMap, Inc. ("InteliMap" or "Plaintiff"), and Defendant, Securities and Exchange Commission ("SEC" or "Defendant"), submit this joint status report.

InteliMap filed this Freedom of Information Act litigation seeking records related to (1) communications between Mr. Brett Redfearn and various third-parties and (2) prior FOIA requests submitted by a different organization.  *See* Complaint, ECF No. 1 (Jan. 8, 2019) at ¶ 13.  After a short stay to allow the SEC to make its initial releases, the SEC filed its Answer.  *See* Def. Answer, ECF No. 7 (May 10, 2019).  Since the SEC made its initial releases, the parties have been diligently working to identify and resolve any issues related to the adequacy of the SEC's search, the scope of its withholdings, and justifications for its redactions.  InteliMap is in the process of reviewing the SEC's latest revised draft search summary and draft *Vaughn* index and will detail the lingering problems identified, if any, to the SEC.  The parties then anticipate they will continue to work together to resolve or narrow any remaining issues prior to dispositive motions.

Accordingly, the parties propose to submit a joint status report on or before July 26, 2019, to inform the Court of (a) the status of the parties' efforts to resolve any remaining disputes, and (b) if necessary, a proposed briefing schedule to resolve those disputes.

June 28, 2019                                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Kevin T. Barnett* | */s/ Mark Tallarico* |
| Kevin T. Barnett (D.C. Bar No. 1003410) | MARK TALLARICO (PA Bar No. 88324) |
| Covington & Burling LLP | Office of the General Counsel |
| One CityCenter | Securities and Exchange Commission |
| 850 Tenth Street NW | 100 F Street N.E. |
| Washington, DC 20001 | Washington, DC 20549 |
| (202) 662-5430 | (202) 551-5132 |
| kbarnett@cov.com | tallaricom@sec.gov |
| | |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTELIMAP, INC.<br><br>　　　　Plaintiff<br><br>vs.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Defendant. | Case No.  1:19-cv-0037 |

**PROPOSED ORDER**

Having considered the parties' Joint Status Report, and the entire record herein, it is this

__ day of ____ 2019, hereby:

ORDERED that the parties shall submit to the Court on or before July 16, 2019, a joint status report, informing the Court of the parties efforts to resolve this matter and proposing a schedule for the filing of, if any, dispositive motions, oppositions thereto, and replies.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Reggie B. Walton
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge